# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINDY SUY, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH PONCE, et al.,** | : | **NO. 17-3029** |
| *Defendants.* | : | |

# O R D E R

**AND NOW, TO WIT:** This 6th day of June, 2018, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the Clerk is directed to remove this case from Suspense and the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

S/Shelli L. MacElderry
Shelli L. MacElderry for
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Nicholas L. Palazzo
Roberto K. Paglione